UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: GRAND JURY SUBPOENAS | Case Nos.     3:17-mj-1493 (SALM) |
| | 3:17-mj-1494 (SALM) |
| | 3:17-mj-1495 (SALM) |
| | 3:17-mj-1630 (SALM) |
| | 3:17-mj-1631 (SALM) |
| | 3:17-mj-1632 (SALM) |
| | July 19, 2020 |

## MOTION TO UNSEAL

The Government respectfully moves the Court to unseal the above-captioned cases and all the documents filed in these cases.  The sealing orders in these cases has expired. In addition, all the subpoenas relate to the same investigation, which has concluded. Accordingly, there is no longer a basis to keep these cases sealed, and the Government requests that the motion to unseal be granted.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*/s/ Neeraj N. Patel*

NEERAJ N. PATEL
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, CT  06510
Tel.:    (203) 821-3700
Email: neeraj.patel@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 19, 2020, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Neeraj N. Patel*
Neeraj N. Patel
Assistant United States Attorney